UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:
SABINA GARCIA                                    Case No. 22-11300-SMG

                                                                                                         Chapter 7

        Debtor
_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

      The trustee herein files this Notice of Dividends to the creditors of this estate. Attached hereto is the Trustee's Final Dividend made to creditors.

      The dividend checks were mailed to creditors on July 3, 2023 If checks are not cashed within 90 days by the creditors, all remaining funds will be turned over to the clerk of court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 311.

                                                  /s/ Kenneth A. Welt
                                                  Kenneth A. Welt, Chapter 7 Trustee
                                                  4581 Weston Road #355
                                                  Weston, FL 33331

CLAIM ANALYSIS REPORT

| Case No. | 22-11300-SMG | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | GARCIA, SABINA | Date: | 7/3/2023 |
| Taxpayer ID #: | 61-6694111 | | |
| Claims Bar Date: | 10/13/2022 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | KENNETH A. WELT 4581 Weston Road #355 Weston FL 33331 | 04/24/2023 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $5,500.00 | $5,500.00 | $5,500.00 | $0.00 | $0.00 | $0.00 |
| | KENNETH A. WELT 4581 Weston Road #355 Weston FL 33331 | 04/24/2023 | Trustee Expenses paid in full | Allowed | 2200-000 | $0.00 | $86.18 | $86.18 | $86.18 | $0.00 | $0.00 | $0.00 |
| 3Sec | CABANAS LAW, P.A. DBA CABANAS LAW FIRM c/o Mary Jo Rivero, PA 1806 North Flamingo Rd., Suite 355 Pembroke Pines FL 33028 | 04/21/2023 | Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $0.00 | $7,500.00 | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| | ZACHARY MALNIK P.O. Box 15580 Plantation FL 33318 | 04/24/2023 | Attorney for Trustee Expenses (Other Firm) | Allowed | 3220-000 | $0.00 | $522.95 | $522.95 | $522.95 | $0.00 | $0.00 | $0.00 |
| | ZACHARY MALNIK P.O. Box 15580 Plantation FL 33318 | 04/24/2023 | Attorney for Trustee Fees (Other Firm) | Allowed | 3210-000 | $0.00 | $6,932.50 | $6,932.50 | $6,932.50 | $0.00 | $0.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR CREDIT CORP SOLUTIONS INC PO Box 788 Kirkland WA 98083-0788 | 07/25/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $7,581.90 | $7,727.73 | $7,727.73 | $2,245.20 | $0.00 | $0.00 | $5,482.53 |

**Claim Notes:** (1-1) Money Loaned

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | JPMORGAN CHASE BANK, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison TX 75001 | 07/29/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,000.00 | $6,981.28 | $6,981.28 | $2,028.33 | $0.00 | $0.00 | $4,952.95 |

## CLAIM ANALYSIS REPORT

Page No: 2

| Case No. | 22-11300-SMG | Trustee Name: | Kenneth A. Welt |
|---|---|---|---|
| Case Name: | GARCIA, SABINA | Date: | 7/3/2023 |
| Taxpayer ID #: | 61-6694111 | | |
| Claims Bar Date: | 10/13/2022 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3GUC | CABANAS LAW, P.A. DBA CABANAS LAW FIRM<br>c/o Mary Jo Rivero, PA<br>1806 North Flamingo Rd., Suite 355<br>Pembroke Pines FL 33028 | 04/21/2023 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $71,764.06 | $65,001.20 | $65,001.20 | $18,885.35 | $0.00 | $0.00 | $46,115.85 |
| **Claim Notes:** Per DE#98 | | | | | | | | | | | | |
| 4 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 08/04/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,613.00 | $1,613.19 | $1,613.19 | $468.69 | $0.00 | $0.00 | $1,144.50 |
| 5 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | 08/04/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,358.00 | $1,358.22 | $1,358.22 | $394.62 | $0.00 | $0.00 | $963.60 |
| 6 | WELLS FARGO BANK, N.A. WELLS FARGO CARD SERVICES<br>PO Box 10438, MAC F8235-02F<br>Des Moines IA 50306-0438 | 09/22/2022 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $10,105.98 | $10,105.98 | $10,105.98 | $2,936.18 | $0.00 | $0.00 | $7,169.80 |
| | | | | | | $113,329.23 | $113,329.23 | $47,500.00 | $0.00 | $0.00 | | $65,829.23 |

**CLAIM ANALYSIS REPORT**

Page No: 3

| | |  | |
|---|---|---|---|
| Case No. | 22-11300-SMG | Trustee Name: | Kenneth A. Welt |
| Case Name: | GARCIA, SABINA | Date: | 7/3/2023 |
| Taxpayer ID #: | 61-6694111 | | |
| Claims Bar Date: | 10/13/2022 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Attorney for Trustee Expenses (Other Firm) | $522.95 | $522.95 | $522.95 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Other Firm) | $6,932.50 | $6,932.50 | $6,932.50 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $92,787.60 | $92,787.60 | $26,958.37 | $0.00 | $0.00 | $65,829.23 |
| Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | $7,500.00 | $7,500.00 | $7,500.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $5,500.00 | $5,500.00 | $5,500.00 | $0.00 | $0.00 | $0.00 |
| Trustee Expenses paid in full | $86.18 | $86.18 | $86.18 | $0.00 | $0.00 | $0.00 |